THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JEFFREY D. MANLEY                                                        PETITIONER

v.                                    Case No. 2:17-cv-00209-KGB

GENE BEASLEY                                                             RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Jeffrey D. Manley's petition without prejudice and denies the requested relief.

It is so adjudged this 11th day of February, 2020.

_____
Kristine G. Baker
United States District Judge